IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:21-CV-3056-M-BK |
| ALLSTATE INDEMNITY COMPANY, ET AL., | § § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, but an Amended Complaint was filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error and considered them in light of the Amended Complaint. Finding no error, the Court finds that the Findings, Conclusions and Recommendation apply equally to the Amended Complaint and ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 18th day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE